Will and Testament of ADA R. KAUFMAN, Deceased; LOUISE ADELAIDE GRIFFITH, Defendants-Respondents. LEWIS F. REED and Others, Defendants-Appellants, HELENE REED, Defendant, FRANK C. MORTIMER, Defendant-Appellant, and Others, Defendants, and CHARLES K. CHAPMAN, Defendant-Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of NEW YORK RAILWAYS CORPORATION, Petitioner-Respondent, for an Order Directed to the CITY OF NEW YORK and/or FRANK J. TAYLOR, as Comptroller of the City of New York, and Others, Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MYRON WINTERS, Respondent, v. NORTH KENSINGTON REFINERY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of ELEANOR FORDE, Deceased, as a Will of Real and Personal Property and the Application for a Construction of Said Will. HARRY FORDE and FRANK FORDE, Appellants; ALFRED B. MACLAY, as Executor, etc., of ELEANOR FORDE, Deceased, Respondent. MORRIS H. PANGER, Special Guardian for JEANNE FORDE.— Supplemental decree unanimously affirmed, with costs No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SEBASTIAN DECARO, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there are issues of fact which should have been submitted to the jury. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CHITTENDEN LUMBER COMPANY, INC., on Behalf of Itself and All Others Similarly Situated, Respondent, v. SILBERBLATT & LASKER, INC., and Another, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FLORINDO S. POLO, Appellant, v. JOSEPH PITMAN and JAMES PITMAN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ELSIE ROSENTHAL and LOUIS BOEHM, Suing on Behalf of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., for Themselves and for the Benefit of All Other Stockholders Similarly Situated Who May Come in and Contribute to the Cost of This Action, Appellants, v. FLOYD L. CARLISLE and Others, Respondents, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

BAYSIDE BUS CORP., Respondent, v. HENRY LOHSE AUTO BODY CO. OF N. J., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

EVA BENNETT, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.